# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MICHELLE A. EDWARDS,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO.    C05-5002RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, and the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) The administrative decision is REVERSED AND REMANDED to the Commissioner for further administrative proceedings consistent with the Report's findings; and

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 17th day of February, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1