TOTAL P.02
From:Crandall, O'neill, & McNeary    360425477    04/10/2006 09:52    #422 P.002/002

APR 17 2006

U.S. District Judge Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE A. EDWARDS, | Civil No. C05-5002 RBL |
| Plaintiff, | |
| vs. | STIPULATED ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties in the above-captioned case, it is hereby ORDERED that fees in the amount of $3,728.40 (23.9 hours @ $156/hr), costs of $250.00 and expenses of $14.52 will be awarded to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C., Section 2412.

DATED this 12th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Recommended for Entry by:

_____
STEPHANIE MARTZ
Special Assistant U.S. Attorney

Presented by:

_____
TOM O'NEILL  WSB #9363
Of Attorneys for Plaintiff

05-CV-05002-ORD

Crandall, O'Neill & McNeary, P.S.
Attorneys at Law
1447 Third Avenue, Suite A · P.O. Box 396
Longview, WA 98632